■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RUSSELL J. CARBONE, on Behalf of JAMES BAUTISTA, Petitioner, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY, Respondent. [639 NYS2d 735]

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). O'Brien, J. P., Ritter, Hart and Goldstein, JJ., concur.